**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/22
```

STEPHEN A. VOGEL,

                Plaintiff,

    - against -

DAVID BORIS and MARSHALL KIEV,

                Defendants.

**20 Civ. 9301 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The case management conference scheduled in this action for July 1, 2022, is hereby rescheduled to September 9, 2022, at 10:00 a.m.

**SO ORDERED.**

Dated:    June 22, 2022
           New York, New York

                              _____
                                Victor Marrero
                                  U.S.D.J.