```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEPEHN A. VOGEL,

                Plaintiff,

    - against -

DAVID BORIS & MARSHALL KIEV,

                Defendants.

**20 Civ. 9301 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The parties are directed to file pre-motion letters, in compliance with the Court's Individual Practices, Section II.A. Each party wishing to make a motion shall file their letter with the Court describing the basis for the proposed motion and requesting a pre-motion conference by October 14, 2022. Each party opposing the motion shall submit their reply letter by October 18, 2022.

**SO ORDERED.**

Dated:    October 5, 2022
             New York, New York

                                    _____
                                        Victor Marrero
                                          U.S.D.J.