```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEPHEN A. VOGEL,

                Plaintiff,

- against -

DAVID BORIS and MARSHALL KIEV,

                Defendants.

**20 Civ. 9301 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court grants Defendants' request (Dkt. No. 59) and respectfully directs the Clerk to modify the viewing level for Plaintiff's Memorandum of Law In Support of his Motion for Summary Judgment, Dkt. No. 55, to the Plaintiff, Defendants, and the Court. The Court directs Plaintiff to publicly file a replacement brief containing the appropriate redactions to the confidential information.

**SO ORDERED.**

Dated:    13 January 2023
             New York, New York

                                        _____
                                          Victor Marrero
                                             U.S.D.J.