**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEPHEN VOGEL,

                           Plaintiff,                    20 **CIVIL** 9301 (VM)

           -against-                       **JUDGMENT**

DAVID BORIS & MARSHALL KIEV,
                         Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 24, 2023, it is hereby ORDERED that the motion for summary judgment made by plaintiff Stephen Vogel ("Vogel") is DENIED; and it is further ORDERED that the motion for summary judgment made by defendants David Boris ("Boris") and Marshall Kiev ("Kiev") is GRANTED and the case is DISMISSED.

**Dated:**  New York, New York
          August 25, 2023

                                                               **RUBY J. KRAJICK**
                                                                  Clerk of Court

                              **BY:**      _[signature]_

                                                                   **Deputy Clerk**