USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

STEVEN VOGEL,

                Plaintiff,

- against -

DAVID BORIS & MARSHALL KIEV,

                Defendants.

---

20 Civ. 9301 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

In a Decision and Order dated August 24, 2023, the Court granted Defendants' motion for summary judgment and dismissed this case. (See Dkt. No. 75.) The parties now jointly propose a briefing schedule for Defendants' motion for fees and costs. (See Dkt. No. 77.)

The Court directs the parties to meet within seven days of the date of this Order and endeavor to negotiate a settlement of their dispute over fees and costs and to promptly inform the Court of the status of their discussions. The Court reserves decision on the parties' request to set a briefing schedule.

**SO ORDERED.**

Dated:    8 September 2023
           New York, New York

                                              _____
                                              Victor Marrero
                                                U.S.D.J.