USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEPHEN A. VOGEL,

                        Plaintiff,

          - against -

DAVID BORIS & MARSHALL KIEV,

                        Defendants.

**20 Civ. 9301 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

In a letter dated Sept. 7, the parties jointly proposed a briefing schedule for Defendants' motion for fees and costs (the "Motion"). (See Dkt. No. 77.) In an Order dated Sept. 8, the Court directed the parties to attempt to negotiate a settlement of their dispute over fees and costs and to promptly inform the Court of the status of their discussions. (See Dkt. No. 78.) The Court reserved decision on the parties' request to set a briefing schedule. (See id.)

The parties now advise that they have reached an impasse. (See Dkt. No. 81.) Accordingly, the Court directs the parties to brief the Motion as outlined in their Sept. 7 letter. (See Dkt. No. 77.) Defendants' opening papers shall be due Sept. 29, 2023; Plaintiff's response papers shall be due Oct. 27, 2023; and Defendants' reply papers shall be due Nov. 17, 2023. (See id.)

1

**SO ORDERED.**

Dated:     20 September 2023
           New York, New York


                                        Victor Marrero
                                          U.S.D.J.