**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEPHEN VOGEL,

                  Plaintiff,                   20 **CIVIL** 9301 (VM)

      -against-                      **<u>AMENDED JUDGMENT</u>**

DAVID BORIS & MARSHALL KIEV,
                  Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 20, 2023, the Court GRANTS the motion and hereby clarifies that in its Decision and Order dated August 24, 2023, the Court dismissed as moot the counterclaims denominated in Defendants' Answer to Complaint and Counterclaims (see Dkt. No. 22) as Counterclaim Four and Counterclaim Five. The Court hereby amends the Decision and Order (see Dkt. No. 75) to reflect this clarification.

**Dated:**  New York, New York
           September 20, 2023

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**

                    **BY:**
                                                **Deputy Clerk**