UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHEN VOGEL,

                Plaintiff,                       20 **CIVIL** 9301 (VM)

     -against-                       **JUDGMENT**
                                                  For Attorney's Fees and Costs

DAVID BORIS and MARSHALL KIEV,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 30, 2024, the motion (see Dkt. No. 89) filed by defendants David Boris and Marshall Kiev (together "Defendants") to recover attorneys' fees and costs is hereby GRANTED in part and DENIED in part; and it is further ORDERED that plaintiff Stephen Vogel ("Vogel") is accordingly directed to reimburse Defendants in the amount of $1,456,886.93 in reasonable attorneys' fees and costs.

**Dated:**  New York, New York
           April 30, 2024

                                                           **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                         **BY:**       K. Mango

                                                             **Deputy Clerk**