```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN A. VOGEL,

                Plaintiff,

  - against -

DAVID BORIS and MARSHALL KIEV,

                Defendants.

---

**20 Civ. 9301 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Defendants are hereby **ORDERED** to, within seven (7) days, file a response to plaintiff Stephen A. Vogel's motion (see Dkt. No. 98) for approval of a supersedeas bond and for a stay of proceedings to enforce the judgment for attorneys' fees and costs entered in this matter on April 30, 2024.

**SO ORDERED.**

Dated:    4 June 2024
           New York, New York

                                          _____
                                              Victor Marrero
                                                U.S.D.J.